**FILED**
November 02, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTOINE RASHAD POLITE ,

Defendant.

Case No. 2:26-mj-00165-CKD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ANTOINE RASHAD POLITE ______, Case No. 2:26-mj-00165-CKD, Charge 18 USC § 1701, from custody for the following reasons:

X Release on Personal Recognizance

____ Bail Posted in the Sum of $ ______________________

______ Unsecured Appearance Bond $ ______________________

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

______ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a ____ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 02, 2026 at 2:30 PM.

By: Allison Claire

Magistrate Judge Allison Claire